FILED
CLERK, U.S. DISTRICT COURT

OCT 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY COLLIER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. HARLOW, et al.,<br><br>　　　　Defendants. | NO. ED CV 11-590-CBM(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: __10/10__, 2012.

_/s/ Consuelo B. Marshall_
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE